

RECEIVED

AUG 2 4 2005

PROPES, **CLERK**
~NCE, S.C.

## IN THE DISTRICT COURT OF THE UNITED STATES
### DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:05 - 909 |
| | ) |
| vs. | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924(a)(2) |
| JIMMIE ARCHIBALD SUTTON, | ) 18 U.S.C. § 924(e) |
| a/k/a Ronnie L. Hickman | ) **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

On or about November 3, 2003, in the District of South Carolina, the Defendant, JIMMIE ARCHIBALD SUTTON, a/k/a Ronnie L. Hickman, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, an Iver Johnson .32 caliber revolver and .32 caliber ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

A___True_____ BILL

___/s/ Grand Jury Foreperson_____
FOREPERSON

___/s/ Jonathan S. Gasser_____
JONATHAN S. GASSER (RMP)
UNITED STATES ATTORNEY

## PENALTIES

IF 18 U.S.C. § 924(e) APPLIES, MAXIMUM SENTENCE ON THIS COUNT:
FINE OF $250,000.00  (18 U.S.C. 3571)
IMPRISONMENT FOR 15 YEARS TO LIFE
SUPERVISED RELEASE OF UP TO 5 YEARS (18 U.S.C. 3583)
SPECIAL ASSESSMENT:  $100.00 (18 U.S.C. 3013)


OTHERWISE, MAXIMUM SENTENCE WILL BE:
FINE OF $250,000.00  (18 U.S.C. 3571)
IMPRISONMENT FOR 10 YEARS
SUPERVISED RELEASE OF UP TO 3 YEARS (18 U.S.C. 3583)
SPECIAL ASSESSMENT:  $100.00 (18 U.S.C. 3013)

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: _____ |
| | ) |
| vs. | )     18 U.S.C. § 922(g)(1) |
| | )     18 U.S.C. § 924(a)(2) |
| JIMMIE ARCHIBALD SUTTON, | )     18 U.S.C. § 924(e) |
| a/k/a Ronnie L. Hickman | )     **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

On or about November 3, 2003, in the District of South Carolina, the Defendant,

JIMMIE ARCHIBALD SUTTON, a/k/a Ronnie L. Hickman, having been convicted of

a crime punishable by imprisonment for a term exceeding one year, knowingly did

possess in and affecting commerce, a firearm and ammunition, that is, an Iver Johnson

.32 caliber revolver and .32 caliber ammunition, all of which had been shipped and

transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and

924(e).

A   True    BILL

   /s/ Grand Jury Foreperson
FOREPERSON

   /s/ Jonathan S. Gasser
JONATHAN S. GASSER  (RMP)
UNITED STATES ATTORNEY

## PENALTIES

IF 18 U.S.C. § 924(e) APPLIES, MAXIMUM SENTENCE ON THIS COUNT:
FINE OF $250,000.00  (18 U.S.C. 3571)
IMPRISONMENT FOR 15 YEARS TO LIFE
SUPERVISED RELEASE OF UP TO 5 YEARS (18 U.S.C. 3583)
SPECIAL ASSESSMENT:  $100.00 (18 U.S.C. 3013)


OTHERWISE, MAXIMUM SENTENCE WILL BE:
FINE OF $250,000.00  (18 U.S.C. 3571)
IMPRISONMENT FOR 10 YEARS
SUPERVISED RELEASE OF UP TO 3 YEARS (18 U.S.C. 3583)
SPECIAL ASSESSMENT:  $100.00 (18 U.S.C. 3013)