IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:05- 909 |
| | ) |
| vs. | ) |
| | ) **ORDER FOR BENCH WARRANT** |
| **JIMMIE ARCHIBALD SUTTON** | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant,

as requested by the United States Attorney. Amount and conditions of bond to be set by the

Judicial Officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina

DATED: August **24** , 2005.

I SO MOVE:

JONATHAN S. GASSER
UNITED STATES ATTORNEY

By: _____
ROSE MARY PARHAM
Assistant U.S. Attorney
P. O. Box 1567
Florence, SC 29503