IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

UNITED STATES OF AMERICA        )       CR. NO.4:05-00909
                                )
        -vs-                     )       EX PARTE ORDER FOR SUBPOENA
                                )       OF WITNESS & ORDER FOR
                                )       IMMEDIATE PRODUCTION,
                                )       PURSUANT TO RULE 17(b) & (c)
JIMMIE ARCHIBALD SUTTON         )

Upon motion of the defendant, through his counsel, and upon good cause being shown,

**IT IS HEREBY ORDERED** that the Clerk of this Court shall issue a subpoena duces tecum for the following witness to appear before this Court at pretrial scheduled for **to be scheduled by the court**, and until release by the court pursuant to Rule 17(b) and (c), Federal Rules of Criminal Procedure.

Subpoena Duces Tecum

Custodian of Records
South Carolina Department of Corrections
4444 Broad River Road
Columbia, SC 29221-1787
(803) 896-1977
(803) 896-2749 or 2750 (fax

It appearing to the court that the attorney for the defendant has issued a subpoena to: **Custodian of Records, South Carolina Department of Corrections, 4444 Broad River Road, Columbia, SC 29221-1787, telephone (803) 896-1977,** for certain records which may be of evidentiary value in the above-entitled

case which has been scheduled for trial on **to be set by the court**, or at a time thereafter if so ordered, and it further appearing that these documents are needed prior to the court hearing so that they can be inspected and furnished to the government, in accordance with Rule 16, Federal Rules of Criminal Procedure,

**IT IS THEREFORE ORDERED** that in accordance with Rule 17(c), Federal Rules of Criminal Procedure, the papers, documents or objects, or copies thereof, set forth in the attached subpoena issued to: **Custodian of Records, South Carolina Department of Corrections, 4444 Broad River Road, Columbia, SC 29221-1787, telephone (803) 896-1977,** be provided forthwith to the attorney for the defendant, William F. Nettles, IV, Assistant Federal Public Defender, 401 W. Evans Street, Suite 221, Florence, South Carolina 29501, so that they may be inspected and examined.

Upon the closing of the case, the Ex Parte Motion & Order shall be unsealed by the Clerk.

_____
Thomas E. Rogers, III
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina

_____, 2006

-2-