IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION



RECEIVED
FLORENCE. SC

2006 MAY -4 P 1: 38

**UNITED STATES OF AMERICA**

**VS**                                    **CRIMINAL NO. 4:05CR00909-RBH (1)**

**JIMMIE ARCHIBALD SUTTON**
**a/k/a Ronnie L. Hickman**

# PLEA

The defendant, **JIMMIE ARCHIBALD SUTTON, a/k/a Ronnie L. Hickman**, having

withdrawn his plea of Not Guilty entered March 16, 2006,  pleads **GUILTY** to **COUNT ONE (1)**

**OF THE INDICTMENT** after arraignment in open court.

(Signed) Defendant

_May 4_____, 2006
Florence, South Carolina