IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

UNITED STATES OF AMERICA      )      CR. NO. 4:05-909
                         )
                         )
       -vs-             )
                         )
                         )
                         )
JIMMIE ARCHIBALD SUTTON     )

**NOTICE OF APPEAL**

Notice is hereby given that, **JIMMIE ARCHIBALD SUTTON**, defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and sentence entered in this action before the Honorable R. Bryan Harwell, United States District Judge, on the 2TH day of August, 2006.

                           /s/William F. Nettles, IV
                       _____
                       William F. Nettles, IV
                       Assistant Federal Public Defender
                       Attorney for Defendant
                       McMillan Federal Building
                       401 W. Evans Street, Suite 221
                       Florence, South Carolina 29501
                       (843) 662-1510
                       ATTORNEY ID #5935

Florence, South Carolina

August 2, 2006