JUDGMENT

FILED: January 31, 2007

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

2007 FEB 26 . P 3: 37

No. 06-4823
4:05-cr-00909-RBH

UNITED STATES OF AMERICA

        Plaintiff - Appellee

    v.

JIMMIE ARCHIBALD SUTTON, a/k/a Ronnie L. Hickman

        Defendant - Appellant

------------------------

Appeal from the United States District Court for the
District of South Carolina at Florence

------------------------

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor

_____
CLERK

A True Copy, Teste:
Patricia S. Connor Clerk
BY_____

Deputy Clerk